UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 10-10993

| | |
|---|---|
| The COMMERCE INSURANCE COMPANY, as Subrogee of JACQUELINE PERRIN<br>　　Plaintiff,<br><br>v.<br><br>HAMILTON BEACH, INC.,<br><br>&<br><br>WALMART<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure 16(b) and Local Rule 16.1, the parties submit this Joint Proposed Discovery Plan and Scheduling Order, in advance of the initial scheduling conference, which is scheduled to be held on September 13, 2010 at 11:15AM.

### Joint Discovery Plan

As required by Federal Rule of Civil Procedure 26(f), the parties have conferred in an attempt to reach an agreement on a proposed pretrial and discovery schedule. Pursuant to their discussions, the parties propose to conduct discovery in two phases. The first phase will consist of discovery in accordance with the required disclosure provisions of Fed. R. Civ. P. 26(a), as well as Interrogatories, Requests for Production of Documents, Request for Admissions, and fact depositions. This discovery will be done in an effort to develop information needed for a realistic assessment of the liability and damage aspects of the case. The second phase will consist of preparation for trial, including discovery of experts.

The parties propose the following schedule of discovery events:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by September 15, 2010.
2. **Amendments to Pleadings.** Leave to add new parties or to amend the pleadings to assert new claims or defenses may not be filed after January 1, 2011.
3. **Fact Discovery – Interim Deadlines.**
    a. All requests for production of documents and interrogatories must be served by November 1, 2010.
    b. All requests for admission must be served by December 1, 2010.

   c. All depositions, other than expert depositions, must be completed by March 1, 2011.
4. **Fact Discovery – Final Deadline**. All discovery, other than expert discovery, must be completed by April 1, 2011.
5. **Status Conference**. A status conference will be held at a date determined by the Court.
6. **Expert Discovery**.
   a. Trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by May 1, 2011.
   b. Trial experts must be deposed by July 1, 2011.
7. **Dispositive Motions**.
   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by August 1, 2011.
   b. Opposition to dispositive motions must be filed within 30 days after service of the motion.
8. **Initial Pretrial Conference.** An initial pretrial conference will be held on a date determined by the Court. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2)(3).
9. At the close of fact discovery, the parties will consider ADR, to include mediation.

Either party reserves the right to move the Court for an Order modifying any of the stated terms of this Scheduling Order for good cause shown.

Respectfully Submitted,
The Plaintiff,
By Its Attorneys,

/s/ Michael P. Guagenty, Esq.
Michael P. Guagenty, BBO#567176
Charles F. Rourke II, BBO#676041
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
617.523.6010
mguagenty@sloanewalsh.com
crourke@sloanewalsh.com

HAMILTON BEACH BRANDS, INC.
The Defendant,
By Its Attorneys,

/s/ Michael R. Keller, Esq.
Sean F. McDonough, BBO#564723
Michael R. Keller, BBO#674823
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
617.439.7500
mkeller@morrisonmahoney.com
smcdonough@morrisonmahoney.com

WALMART
The Defendant,
By Its Attorneys,

/s/ Nadia Chinchilla, Esq.
Richard E. Quinby, BBO#545641
Nadia Chinchilla, BBO#662794
Craig & Macauley PC
600 Atlantic Avenue
Boston, MA 02210
617.367.9500
chinchilla@craigmacauley.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 10, 2010.

/s/ Michael P. Guagenty
Michael P. Guagenty, BBO#567176
Charles F. Rourke II, BBO#676041
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA  02108
617.523.6010
mguagenty@sloanewalsh.com
crourke@sloanewalsh.com